# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1400
_____

AARON A. CAMERON and SARA D. CAMERON,

    Appellants,

    v.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, and WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, as Trustee of the Residential Credit Opportunities Trust Series 2015-1,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

July 17, 2018

PER CURIAM.

    AFFIRMED. *See Rivas v. Bank of New York Mellon*, 2018 WL 2974538 (Fla. 4th DCA June 13, 2018).

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Aaron A. Cameron, pro se, Appellant.

Melisa Manganelli of Law Offices of Mandel, Manganelli & Leider, P.A., Boca Raton, for Appellee.